UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————— x

ROBERT WEEKES, Individually, and On : Case No.: 1:21-cv-10456-JPC
Behalf of All Others Similarly Situated, :
                                         :
                                         :
                         Plaintiff,      :
                                         :
      vs.                                :
                                         : **NOTICE OF VOLUNTARY DISMISSAL**
                                         :
                                         :
BACKCOUNTRY.COM,                         :
                                         :
                         Defendant.      :
                                         :
                                         :
————————————————————————————— x


Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against defendant

Backcountry.com.


DATED: August 11, 2022          **MIZRAHI KROUB LLP**


                                         /s/ Edward Y. Kroub
                                ———————————————————————
                                         EDWARD Y. KROUB

                                EDWARD Y. KROUB
                                JARRETT S. CHARO
                                WILLIAM J. DOWNES
                                200 Vesey Street, 24th Floor
                                New York, NY  10281
                                Telephone:  212/595-6200
                                212/595-9700 (fax)
                                ekroub@mizrahikroub.com
                                jcharo@mizrahikroub.com
                                wdownes@mizrahikroub.com

                                *Attorneys for Plaintiff*